BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY GEVOCK, <br><br> Defendant. | 2:11-MJ-365 GGH <br><br> APPLICATION FOR UNSEALING COMPLAINT |

On November 23, 2011, the complaint was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: December 1, 2011         Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                            By:/s/ Kyle F. Reardon
                                KYLE F. REARDON
                                Assistant U.S. Attorney

```
BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-MJ-365 GGH |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | COMPLAINT |
| TIMOTHY GEVOCK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The government's application to unseal the complaint filed on November 23, 2011, in the above-referenced case is granted.

SO ORDERED:

DATED: December 1, 2011

                                         /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE