1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TIMOTHY GEVOCK

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 2:11-CR-526 JAM
                                    )
12             Plaintiff,           )
                                    )  STIPULATION AND CONTINUING STATUS
13    v.                            )  CONFERENCE
                                    )
14 TIMOTHY GEVOCK,                  )
                                    )  Date: March 27, 2012
15             Defendant.           )  Time: 9:30 a.m.
                                    )  Judge: Hon. John A. Mendez
16 _____  )

17

18      IT IS HEREBY STIPULATED between the parties, KYLE REARDON, Assistant

19 United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS,

20 Assistant Federal Defender, attorney for defendant TIMOTHY GEVOCK, that

21 the status conference set for March 6, 2012 be vacated, and the matter be

22 set for status conference on March 27, 2012 at 9:30 a.m.

23      The reason for the continuance is that the investigation of this

24 case is ongoing, and defense counsel is engaged in having an outside

25 expert review the discovery and examine all the contraband involved in

26 this matter.  Additional time is needed to accomplish these tasks due to

27 the expert's need for a protective order.  The expert's conclusions may

28 enable the parties to resolve sentencing issues involving number of

1  images.

2  The parties stipulate and agree that the time period between the
3  signing of this order through and including March 27, 2012 should be
4  excluded from the calculation of time under the Speedy Trial Act.  The
5  parties stipulate and agree that the ends of justice served by granting
6  this continuance outweigh the best interests of the public and the
7  defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and
8  Local Code T4 based upon continuity of counsel and defense preparation.
9  Dated:  March 2, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/*Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
TIMOTHY GEVOCK

Dated:  March 2, 2012                BENJAMIN B. WAGNER
United States Attorney

/s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Based on the stipulation of the parties and good
cause appearing therefrom, the Court hereby finds that the failure to
grant a continuance in this case would deny defense counsel reasonable
time necessary for effective preparation, taking into account the
exercise of due diligence.  The Court specifically finds that the ends of
justice served by the granting of such continuance outweigh the interests

of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including March 27, 2012 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.

A new status conference date is hereby set for March 27, 2012 at 9:30 a.m.

Dated: March 5, 2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge