BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 2:11-CR-0526 JAM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER EXCLUDING TIME** |
| TIMOTHY GEVOCK, | ) | |
| Defendant. | ) | Time: 9:30 a.m.<br>Date: Tuesday, May 8, 2012<br>Court: Hon. John A. Mendez |

The parties request that the status conference currently set for Tuesday, May 8, 2012, at 9:30 a.m., be continued to Tuesday, June 12, 2012, at 9:30 a.m., and stipulate that the time beginning May 8, 2012, and extending through June 12, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The parties continue to investigate matters relevant to the prosecution of this case with the goal of resolving it prior to trial.  Specifically, there remains an outstanding issue with the contents of the defendant's cellular phones that may have a material impact on the sentencing guideline calculations.

Accordingly, the parties believe that the time from May 8, 2012, until June 12, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The parties believe that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED: May 7, 2012                    Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                      United States Attorney

                              By:  */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

DATED: May 7, 2012             By:  */s/ Kyle Reardon* for
                                  DOUGLAS BEEVERS
                                  Attorney for the Defendant

**ORDER**

The time beginning May 8, 2012, and extending to June 12, 2012, in case number 2:11-CR-0526 JAM, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: 5/7/2012                       /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Judge