BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00526 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM SEPTEMBER 18, 2012, TO OCTOBER 23, 2012** |
| TIMOTHY GEVOCK, | |
| Defendant. | |

The parties request that the judgment and sentencing currently set for September 18, 2012, at 9:45 a.m., be continued to October 23, 2012, at 9:45 a.m.  This continuance is necessary due to the unavailability of government counsel and the need to allow for the completion of the presentence report.

///
///
///
///
///
///

The following Presentence Report disclosure schedule will apply:

| | Old Date | New Date |
|---|---|---|
| Proposed PSR to Counsel | August 6, 2012 | September 11, 2012 |
| Informal Objections | August 20, 2012 | September 25, 2012 |
| Response to Informal Objections and PSR Filed with the Court | August 27, 2012 | October 2, 2012 |
| Formal Objections / Motion for Correction of PSR | September 4, 2012 | October 9, 2012 |
| Reply or Statement of Non-Opposition | September 11, 2012 | October 16, 2012 |
| Judgment and Sentencing | September 18, 2012 | October 23, 2012 |

Dated: August 8, 2012     Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: August 8, 2012     */s/ Kyle Reardon* for
DOUGLAS BEEVERS
Attorney for Timothy Gevock

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00526 JAM |
| Plaintiff, | |
| v. | **ORDER CONTINUING JUDGMENT AND SENTENCING FROM SEPTEMBER 18, 2012, TO OCTOBER 23, 2012** |
| TIMOTHY GEVOCK, | |
| Defendant. | |

The parties' stipulation and proposed schedule is approved and so ordered.  The judgment and sentencing currently set for September 18, 2012, at 9:45 a.m., is continued to October 23, 2012 at 9:45 a.m.

Dated:  8/8/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge