BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) CASE NO.  2:11-CR-00526 JAM |
| Plaintiff, | ) |
| v. | ) **APPLICATION FOR *IN CAMERA* REVIEW** |
| | ) **OF EXHIBIT 1 TO GOVERNMENT'S** |
| TIMOTHY GEVOCK, | ) **SENTENCING MEMORADUM AND ORDER** |
| Defendant. | ) |

   The United States of America, by and through the undersigned attorney, here applies to the Court for *in camera* review of Exhibit 1 to the Government's Sentencing Memorandum.  Exhibit 1 is being submitted to the Court in support of USSG §§ 2G2.2(b)(4).  The material is also relevant evidence in support of the Government's requested sentence pursuant to U.S.S.G. § 3553(a).  *In camera* review of this exhibit is necessary due to the fact that the materials contain visual depictions of minors engaged in sexually explicit conduct.

   Upon granting of this application, the United States will deliver to the Court a sealed copy of the material comprising Exhibit

1. Upon completion of the Court's examination of Exhibit 1, the United States asks that it be returned to the care and custody of the United States Attorney's Office.  A copy of Exhibit 1 will be maintained in the United States Attorney's file.

   A copy of Exhibit 1 has been prepared for defense counsel and will be maintained in the United States Attorney's Office for defense counsel review.  This material has been available for defense counsel review throughout the entirety of this case.

Dated: November 6, 2012                Respectfully Submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                  By:  /s/ Kyle Reardon
                                       KYLE REARDON
                                       Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY GEVOCK,<br><br>　　　　　Defendant. | ) CASE NO.  2:11-CR-00526 JAM<br>)<br>)<br>)<br>) **ORDER GRANTING GOVERNMENT'S**<br>) **APPLICATION FOR *IN CAMERA* REVIEW**<br>) **OF EXHIBIT 1 TO GOVERNMENT'S**<br>) **SENTENCING MEMORADUM**<br>) |

　　　The United States' application for *in camera* review of Exhibit 1 to the Government's Sentencing Memorandum is hereby granted.  The United States shall deliver to the Court a sealed copy of the material.  Upon completion of the Court's examination of Exhibit 1, the CD and computer will be returned to the United States.  A copy of Exhibit 1 will be maintained in the United States Attorney's file.

　　　Approved and so ordered.

Dated:  11/6/2012

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Judge